UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY VILLERS, | ) | CASE NO. 5:22-CV-01013 |
| Plaintiff, | ) ) | JUDGE JOHN R. ADAMS |
| vs. | ) ) ) | |
| OVERHEAD DOOR CORP., | ) | **ORDER OF DISMISSAL** |
| Defendant. | ) ) ) ) | |

    The parties informed the Court that this matter has been resolved in its entirety. Therefore, the docket will be marked "settled and dismissed without prejudice." The parties may submit within forty-five (45) days a proposed entry setting forth different terms and conditions relative to the settlement and dismissal of this case, including dismissing the case with prejudice, which, if approved, shall supplement this order.  This Court retains jurisdiction over the settlement.

    IT IS SO ORDERED.

DATED: September 19, 2022              */s/ John R. Adams*
                                                          Judge John R. Adams
                                                          UNITED STATES DISTRICT COURT