IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **JERRY VILLERS,** | |
| Plaintiff, | CASE NO. 5:22-CV-1013 |
| vs. | JUDGE JOHN R. ADAMS |
| **OVERHEAD DOOR CORPORATION,** | |
| Defendant. | |

### ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court on the parties' Joint Motion for Approval of Settlement ("Joint Motion") pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b). Having reviewed the Joint Motion, the settlement, and the pleadings and papers on file in this action, and for good cause established, the Court enters a Stipulated Order and Final Judgment approving the settlement as follows:

The complaint asserts wage and hour claims under the FLSA, 29 U.S.C. §209 *et seq.*, on behalf of Plaintiff, Jerry Villers. The Court finds that the proposed settlement is fair and reasonable and satisfies the standard for approval under §16(b) of the FLSA, 29 U.S.C. §216(b). The Court approves settlement in its entirety and orders that it be implemented according to its terms and conditions. Pursuant to the terms of the Settlement Agreement, Villers' claims have been resolved, and Villers' Complaint is therefore dismissed with prejudice.

The Court finds there is no just reason for delay, hereby enters final judgment, and directs the Clerk of Courts to enter the Stipulated Order and Final Judgment immediately.

The Court retains jurisdiction over the action to enforce the terms of the settlement.

IT IS SO ORDERED.

Date: 9/22/2022               /s/ John R. Adams
                              JUDGE JOHN R. ADAMS
                              United States District Judge